Tristan P. Espinosa, Esq. (CA Bar No. 312481)
***REESE LAW GROUP***
3168 Lionshead Ave
Carlsbad, CA 92010
Tel. No.: 760/842-5850
California Debt Collection Lic. No.: 10303-99
291617

Attorney for Plaintiff:
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

**DISTRICT COURT OF CALIFORNIA, COUNTY OF**

**SOUTHERN DISTRICT - LIMITED CIVIL CASE**

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ,

Plaintiff,

v.

JOHN DOE ;

UNITED STATES OF AMERICA ;

EAN HOLDINGS, LLC ;

and DOES 1 to 15

Defendant(s).

Case No. **'25CV0552 RSH MSB**

COMPLAINT

Amount demanded does not exceed $10,000.00

Amount Demanded: $2,329.63

1. Plaintiff seeks $2,329.63.

PRELIMINARY ALEGATIONS

2. Plaintiff is a corporation qualified to do business in California.

3. Defendant JOHN DOE is an individual. Defendant UNITED STATES OF AMERICA is a government entity. Defendant EAN HOLDINGS, LLC is a corporation.

4. The true names and capacities of DOES 1 to 10 are unknown at this time. Plaintiff reserves the right to amend this complaint to substitute their true names, capacities and liabilities when they are ascertained.

////

5. This is the proper court because the underlying incident, upon which this action is based, occurred here.

6. Plaintiff complied with the claims filing requirement prior to filing this action. Within 45 days of the presentment of the claim, Defendant UNITED STATES OF AMERICA either formally rejected the claim or failed to formally accept, reject or compromise the claim, thereby rejecting the claim by operation of law.

UNDERLYING LIABILITY

7. On or about July 4, 2023, at 2115 OLYMPIC PARKWAY, CHULA VISTA, CA 91915, JOHN DOE caused COREY RANDENBERG ("insured") to incur a loss that was covered under a policy of insurance with Plaintiff. Specifically, at said time and place, JOHN DOE and DOES 1-5 (collectively "DRIVER") negligently operated a motor vehicle, causing said vehicle to collide with the insured's vehicle, resulting in damages to the insured's vehicle. DRIVER legally, foreseeably and proximately causing the insured to suffer damages in the amount of $2,329.63. At said time, said defendant was operating the motor vehicle with the express or implied permission of EAN HOLDINGS, LLC and DOES 6-10 (collectively, "OWNER") who was a registered owner, bailee or bailor of the vehicle. Furthermore, at said time, defendant UNITED STATES OF AMERICA and DOES 11-15 (collectively "GOVERNMENT") was the employer of DRIVER who was driving in the course and scope of an employment relationship at the time of the accident. Based on the foregoing facts, said parties are liable pursuant to the following statutes:

- Govt C § 820. (a) Except as otherwise provided by statute (including Section 820.2), a public employee is liable for injury caused by his act or omission to the same extent as a private person.
- Govt C § 815.2. (a) A public entity is liable for injury proximately caused by an act or omission of an employee of the public entity within the scope of his employment if the act or omission would, apart from this section, have given rise to a cause of action against that employee or his personal representative.

////

////

- Veh C § 17001. A public entity is liable for death or injury to person or property proximately caused by a negligent or wrongful act or omission in the operation of any motor vehicle by an employee of the public entity acting within the scope of his employment.
- Veh C § 21056. Section 21055 does not relieve the driver of a vehicle from the duty to drive with due regard for the safety of all persons using the highway, nor protect him from the consequences of an arbitrary exercise of the privileges granted in that section.
- Veh C § 17150 imposing liability upon the registered owner of a vehicle who permits another to drive with their express or implied permission and that driver negligently causes damage to property or injury to another.

FIRST CAUSE OF ACTION

SUBROGATION

AGAINST ALL DEFENDANTS

8. Plaintiff incorporates the preceding paragraphs as though fully set forth herein.

9. At all relevant times, COREY RANDENBERG ("insured") had a policy of insurance with Plaintiff. As required by both the policy and Plaintiff's duty of good faith and fair dealing with its insured, Plaintiff investigated the loss, determined it was covered and paid the claim. Plaintiff now seeks subrogation plus any assigned property damage claims from the insured, against Defendants, the parties responsible for causing the loss or who are otherwise liable. [Rossmoor Sanitation, Inc. v. Pylon, Inc. (1975) 13 C3d 622, 633].

10. Accordingly, Plaintiff is entitled to recover $2,329.63.

////

////

////

////

////

////

////

////

11. Justice requires that the loss should be entirely shifted from the Plaintiff to the party to be charged, whose equitable position is inferior to that of Plaintiff.

PRAYER

12. Plaintiff prays for:

a. Damages in the amount of $2,329.63.

b. Pre-judgment interest.

c. Costs of suit.

d. Any other relief the Court deems appropriate.

Date: March 7, 2025

Tristan P. Espinosa, Esq.,
Attorney for Plaintiff

**CM-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* 291617
Tristan P. Espinosa, Esq. (CA Bar No. 312481)
REESE LAW GROUP (CA Debt Collection Lic. No.: 10303-99)
3168 Lionshead Ave, Carlsbad, CA 92010
TELEPHONE NO.: 760/842-5850 FAX NO.: 760/842-5865
EMAIL ADDRESS: rlgcontestedparalegals@reeselawgroup.com
ATTORNEY FOR *(Name):* STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

***FOR COURT USE ONLY***

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 880 Front St, Suite 4290
MAILING ADDRESS: 880 Front St, Suite 4290
CITY AND ZIP CODE: San Diego, CA 92101-8900
BRANCH NAME: SOUTHERN DISTRICT

CASE NAME: STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY v. JOHN DOE ; UNITED STATES OF AMERICA ; EAN HOLDINGS, LLC

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|
| [ ] **Unlimited** (Amount demanded exceeds $35,000) [X] **Limited** (Amount demanded is $35,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [X] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   - a. [ ] Large number of separately represented parties
   - b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   - c. [ ] Substantial amount of documentary evidence
   - d. [ ] Large number of witnesses
   - e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   - f. [ ] Substantial post-judgment judicial supervision
3. Remedies sought *(check all that apply):* a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):* **1**
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: March 7, 2025

Tristan P. Espinosa, Esq. ▶ [signature]
TYPE OR PRINT NAME (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiffs designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
- Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
- Confession of Judgment *(non- domestic relations)*
- Sister State Judgment
- Administrative Agency Award *(not unpaid taxes)*
- Petition/Certification of Entry of Judgment on Unpaid Taxes
- Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition